USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/2/2023__

**BRIAN P. KETCHAM, ESQ.**
52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

October 2, 2023

BY ECF

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

**Defendant's request to travel to Boston, MA from October 6-8, 2023, which the Government and Pretrial Services do not object to, is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 23.**
**Dated: October 2, 2023**
**White Plains, NY**

SO ORDERED:

*/s/ Nelson S. Roman*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Flores*, 23 Cr. 386 (NSR)

Dear Judge Roman:

I am counsel for Marco Flores, the defendant in the above-captioned case. I write to request that Mr. Flores be permitted to travel to and from Boston, MA from October 6 – October 8, 2023 so that he can take his daughter to a school-related basketball game. I have conferred with counsel for the government and Pretrial Services and there is no objection to this request.

Respectfully submitted,

/s/Brian P. Ketcham_____
Brian P. Ketcham

Cc:   AUSA James McMahon (by ECF)
       PTS Officer Andrew Abbott (by email)