MEMO ENDORSED

BRIAN P. KETCHAM, ESQ.
52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

**In light of the below reasons, Deft's request to adjourn the *Fatico* Hearing from Jan. 22, 2025 until March 4, 2025 at 10:30 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 36.**
**Dated: White Plains, NY**
**January 17, 2025**

January 17, 2025

BY ECF

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re:    *United States v. Flores*, 23 Cr. 386 (NSR)

Dear Judge Roman:

I am counsel for Marco Flores, the defendant in the above-captioned case. I write with the consent of counsel for the Government to request that the *Fatico* hearing currently scheduled for January 22, 2025 be adjourned to March 4, 2025 at 10:30am, a date and time that Your Honor's Courtroom Deputy has confirmed is available for the Court.

There are two reasons for this request. First, defense counsel was unexpectedly hospitalized on January 1 and was discharged late last week and, as a result, was unable to prepare for a potential hearing as initially planned. Second, the defense and the Government have been in regular communication about a potential agreement on the tax loss issues that would be the subject of a *Fatico* hearing, and we are hopeful that those issues can be resolved to avoid the need for a hearing.

As noted above, the Government consents to this request, and Your Honor's Courtroom Deputy has confirmed the Court's availability to conduct a *Fatico* hearing (if necessary) on March 4, 2025 at 10:30am.

I thank the Court for considering this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/17/2025

Respectfully submitted,

/s/Brian P. Ketcham____
Brian P. Ketcham

Cc:    AUSA James McMahon (by ECF)
       Gina Sicora, Courtroom Deputy (via email)