**MEMO ENDORSED**

BRIAN P. KETCHAM, ESQ.
52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
(212) 518.6380
WWW.KETCHAMPLLC.COM

September 19, 2025

BY ECF

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Deft's request for an adjournment of the Sentencing from Sept. 26, 2025 to Oct. 24, 2025 at 3:15 pm is GRANTED without objection by the Government. Clerk of Court is requested to terminate the motion at ECF No. 42.
> Dated: September 19, 2025
>          White Plains, NY
>
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Flores*, 23 Cr. 386 (NSR)

Dear Judge Roman:

I am counsel for Marco Flores, the defendant in the above-captioned case. I write to request that the sentencing hearing currently scheduled for September 26, 2025 be adjourned to October 24, 2025 at 3:15pm, a date and time that Your Honor's Courtroom Deputy has confirmed is available.

The reason for this request is to provide additional time to finalize the Presentence Investigation Report (PSR), provide sufficient time for the parties to prepare objections to the PSR (if any) and prepare sentencing memoranda. The Probation Department previously provided the parties with a draft PSR. Mr. Flores and defense counsel recently participated in a conference call with Probation to provide updated information but some new financial information took longer than anticipated to gather.

The Government does not object to this request, and Your Honor's Courtroom Deputy has confirmed the Court's availability on October 24, 2025 at 3:15pm.

I thank the Court for considering this request.

Respectfully submitted,

/s/Brian P. Ketcham
Brian P. Ketcham

Cc:   AUSA James McMahon (by ECF)
      Gina Sicora, Courtroom Deputy (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2025