**MEMO ENDORSED**

Brian P. Ketcham, esq.
52 Duane Street, 7th floor
New York, New York 10007
(212) 518.6380
www.ketchampllc.com

October 21, 2025

BY ECF

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Flores*, 23 Cr. 386 (NSR)

Dear Judge Roman:

I am counsel for Marco Flores, the defendant in the above-captioned case. I write to request a short adjournment of Mr. Flores' sentencing hearing, from October 24 to November 14. The Government does not object to this request, and the defense has agreed that the Government should be permitted to file a short reply brief to the defense sentencing submission.

The reason for this request is because the final Presentence Investigation Report (PSR) was issued last Friday, October 17. The PSR generally forms the starting basis for the defense's sentencing submission. Therefore, a brief amount of additional time is needed to analyze the PSR, which contains new information and an updated Guidelines analysis, and prepare Mr. Flores' sentencing submission.

As noted, the Government does not object to this request, and Your Honor's Courtroom Deputy has confirmed the Court's availability on November 14, 2025, at 11:00am, a date and time on which both counsel as well as Mr. Flores are available.

I thank the Court for considering this request.

    Respectfully submitted,

    /s/Brian P. Ketcham
    Brian P. Ketcham

Cc:    AUSA James McMahon (by ECF)
        Gina Sicora, Courtroom Deputy (via email)

---

**Defendant's request to adjourn the Sentencing from Oct. 24, 2025 to Nov. 14, 2025 at 11:00 am is GRANTED without objection by the Government. Clerk of Court is requested to terminate the motion at ECF No. 46.**
**Dated: White Plains, NY**
          **October 22, 2025**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/22/2025__