UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

          USA,

          - against -

MARCO A FLORES,

          Defendant(s).

--------------------------------------------------------x

**RESCHEDULING ORDER**

23 CR 0386-01 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

In light of the Court's scheduling conflict, the in-person Sentencing scheduled for November 14, 2025, is hereby

**ORDERED rescheduled, without objection by the parties, to December 17, 2025 at 2:15 pm.**

Dated:     White Plains, New York
             December 1, 2025

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/01/2025___