JULIET L. FINK
FINK TAX LAW LLC
FINKTAXLAW@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2026

April 15, 2026

**BY ECF**
Hon. Nelson Stephen Roman
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Marco Flores,* **7:23 CR 00386 (NSR)**

Dear Judge Roman:

I represent defendant Marco Flores, who is currently scheduled for sentencing before the Court on May 15, 2026. Mr. Flores' prior counsel, Brian P. Ketcham, unexpectedly passed away on January 13, 2026, and I have only recently been retained to represent Mr. Flores in this matter. As newly retained counsel, I respectfully request a 30-day adjournment of Mr. Flores' sentencing date to allow sufficient time to review the record and familiarize myself with the facts and circumstances of this case. The Government, through AUSA James McMahon, consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/Juliet L. Fink
Juliet L. Fink

cc: AUSA James McMahon (by ECF)

Defendant's request for a 30-day adjournment of the May 15, 2026 is GRANTED without objection by the Government. Defendant's sentencing is now scheduled for June 26, 2026 at 11:30 a.m. The Clerk of Court is kindly directed to terminate the motion at ECF No. 53.
Dated: April 16, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED