UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MARCO FLORES,

Defendant.

**Order of Restitution**

23 Cr. 386 (NSR)

Upon the application of the United States of America, by its attorney, James M. McDonald, United States Attorney for the Southern District of New York, James McMahon, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count 1 of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Marco Flores, the defendant, shall pay restitution in the total amount of $1,658,650.15, pursuant to Title 18, United States Code, Section 3663(a)(3), to the victims of the offense charged in Count 1 as follows: 1) $1,485,795 to the Internal Revenue Service; and b) $172,856.15 to the New York State Department of Taxation and Revenue. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial

obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to this schedule: The total amount of restitution is due immediately. However, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of not less than fifteen percent of his gross monthly income, payable on the 15th day of each succeeding month, except that while the defendant serves any term of imprisonment, the required installment payments may be made through the Bureau of Prisons' Inmate Financial Responsibility Program, subject to 18 U.S.C. § 3664(n). This schedule is without prejudice to this Office, the Internal Revenue Service or the New York State Department of Taxation and Revenue taking enforcement actions

**3. <u>Payment Instructions</u>**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his name and the docket number of this case on each check or money order. The Clerk's Office shall forward all restitution payments due to the Internal Revenue Service to the below address within 30 days of receiving said payments from the defendant:

IRS - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of: a) any change of the defendant's name, residence, or mailing address; or b) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

United States Attorney for the
Southern District of New York

James McMahon, AUSA
United States Attorney's Office
50 Main Street, Suite 1100
White Plains, NY 10606

10/22/26
DATE

MARCO FLORES

MARCO FLORES — DATE: 10/22/26

JASON SWERGOLD, ESQ. — DATE: 10/22/26

SO ORDERED:

HONORABLE NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE — DATE: 10/22/26