UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

,

-against-

MARCO FLORES,

Defendant.

No. 23-CR-0386 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

On July 31, 2023, the Defendant, Marco Flores, pled guilty pursuant to a plea agreement to Count 1 of an Information, Attempt to Evade of Defeat Tax, a violation of 26 U.S.S.C. 7201. On October 22, 2026, the Court sentenced the Defendant to time served and three (3) years of supervised release, with the first (18) eighteen months to be served in home confinement with electronic monitoring. During the term of home confinement, the Defendant has be allowed to work five (5) days a week, seven (7) hours a day, and will be allowed to attend one (1) religious service, if applicable, one (1) day a week. The Court further imposed restitution, a $10,000.00 fine and the Defendant was obligated to pay a special assessment of $100.00.

The imposition of home confinement requires that the Defendant be subjected to electronic monitoring. The applicable form of electronic monitoring is subject to the Dept. of Probation discretion and must be in the form which shall accommodate all of the conditions imposed by the Court.

So Ordered,

Dated: October 22, 2026
White Plains, New York

Judge Nelson S. Roman
US District Court, SDNY